

# COMMONWEALTH OF VIRGINIA



## CHARLOTTESVILLE CIRCUIT COURT
Civil Division
315 EAST HIGH STREET
CHARLOTTESVILLE VA 22902
(434) 970-3766

Summons

To: JASON KESSLER
    1013 ALTAVISTA AVE
    APT. B
    CHARLOTTESVILLE VA 22902

Case No. 540CL17000560-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, October 12, 2017

Clerk of Court: LLEZELLE AGUSTIN DUGGER

by _____
                             (CLERK/DEPUTY CLERK)

Instructions:    COMPLAINT

Hearing Official:

Attorney's name:    LIVINGSTON, R LEE
                       500 COURT SQ., #300
                       CHARLOTTESVILLE VA 22902

105120 10-14 by APA