CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 27 2017

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CITY OF CHARLOTTESVILLE ET AL.            CIVIL ACTION NO. 3:17CV00078

Plaintiff                                 Judge

-v-

PENNSYLVANIA LIGHTFOOT MILITIA ET AL.

Defendants

## MOTION FOR JAMES E. KOLENICH'S ADMISSION PRO HAC VICE

Pursuant to Rule 6(d) of the Local Rules of the U.S. District Court for the Western District of Virginia, the undersigned hereby moves this Court to admit James E. Kolenich pro hac vice as co-counsel for Defendant Jason Kessler in the above-referenced matter. In support of this motion, the undersigned states the following:

1. The undersigned is a member in good standing of the bar of the U.S. District Court for the Western District of Virginia, admitted to practice before this Court on September 22, 1992.

2. James E. Kolenich is a member in good standing of the bar of the Supreme Court of Ohio (Bar No. 0077084). Mr. Kolenich is also a member in good

standing of the bars of the U.S. District Court for the Southern District of Ohio and the U.S. Court of Appeals for the Sixth Circuit.

3. Mr. Kolenich has not been professionally disciplined during his legal career.

4. Mr. Kolenich's contact information is as follows:

   Kolenich Law Office
   9435 Waterstone Blvd. #140
   Cincinnati OH 45249
   Phone: 513.444.2150
   Fax: 513.297.6065
   e-mail: Jek318@gmail.com

5. Mr. Kolenich has read, has knowledge of, and will abide by this Court's Rules.

WHEREFORE, the undersigned moves this Court to grant James E. Kolenich's admission *pro hac vice* to appear before this Court on behalf of Defendant in the above-referenced matter

Respectfully Submitted,

*/s/ Elmer Woodard*

Elmer Woodard (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
Telephone: 434-878-3422
VSB 27734
isuecrooks@comcast.net

CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

_____    By personally hand delivering a copy the same to him or to one of his employees at his office;

_____    By fax transmission;

_____    By electronic mail;

XXX    By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

ADDRESSEE:

R. Lee Livingston
Kyle McNew
Michie Hamlett PLLC
500 Court Square, Suite 300
Charlottesville, Va. 22902

S. Craig Brown
City Attorney
605 E. Main St.
Charlottesville, Va. 22902

This Friday, October 27, 2017.

*Elmer Woodard* (signature)