## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

City of Charlottesville et al.,

                Plaintiffs,

v.

Pennsylvania Lightfoot

Militia et al.,     Defendants.

Civil Action No. 3: 17CV00078

## ORDER

    Upon consideration of Defendant's Motion for James E. Kolenich's Admission *Pro Hac Vice*, the entire record herein, and for good cause shown, it is hereby:

    **ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that James E. Kolenich, Esq. is admitted *pro hac vice* to appear before this Court on behalf of Defendant in this action.

_____
United States District Judge