

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

10/31/2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| City of Charlottesville, et al., | Civil Action No 3:17CV00078 |
| Plaintiff(s), | State Court No. CL17000560 |
| v. | **ORDER** |
| Pennsylvania Light Foot Militia, et al., | By: Hon. Glen E. Conrad |
| Defendant(s). | United States District Judge |

This case was recently removed from the Circuit Court for the City of Charlottesville, Virginia to the United States District Court for the Western District of Virginia at Charlottesville. Finding it necessary and proper to do so, it is hereby

REQUESTED

that the original case file in your Court be forwarded to the Clerk of this Court at 225 West Main Street, Room 304, Charlottesville, Virginia 22902, as contemplated under 28 U.S.C. § 1441, et seq.

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for the City of Charlottesville, 315 East High Street, Charlottesville, Virginia 22902.

ENTERED: October 31, 2017

                                        /s/ Glen E. Conrad
                                      United States District Judge