| | |
|---|---|
| CITY OF CHARLOTTESVILLE; CHAMPION BREWING CO., LLC; ESCAFÉ; MAS TAPAS; MAYA RESTAURANT; QUALITY PIE; RAPTURE RESTAURANT AND NIGHT CLUB; ALAKAZAM TOYS AND GIFTS; ALIGHT FUND LLC; ANGELO JEWELRY; HAYS + EWING DESIGN STUDIO, PC; WOLF ACKERMAN DESIGN, LLC; WILLIAMS PENTAGRAM CORPORATION; BELMONT-CARLTON NEIGHBORHOOD ASSOCIATION; LITTLE HIGH NEIGHBORHOOD ASSOCIATION; and WOOLEN MILLS NEIGHBORHOOD ASSOCIATION,<br><br>       Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA LIGHT FOOT MILITIA, NEW YORK LIGHT FOOT MILITIA, VIRGINIA MINUTEMEN MILITIA, AMERICAN FREEDOM KEEPERS, LLC, AMERICAN WARRIOR REVOLUTION, REDNECK REVOLT, SOCIALIST RIFLE ASSOCIATION, TRADITIONALIST WORKER PARTY, VANGUARD AMERICA, LEAGUE OF THE SOUTH, INC., NATIONAL SOCIALIST MOVEMENT, JASON KESSLER, ELLIOTT KLINE, CHRISTIAN YINGLING, GEORGE CURBELO, FRANCIS MARION, ACE BAKER, MATTHEW HEIMBACH, CESAR HESS, SPENCER BORUM, MICHAEL TUBBS, and JEFF SCHOEP,<br><br>       Defendants. | Case No. 3:17-CV-00078<br>Judge Glen E. Conrad |

## PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND FOR ATTORNEYS' FEES

1

Plaintiffs City of Charlottesville; Champion Brewing Co., LLC; Escafé; Mas Tapas; Maya Restaurant; Quality Pie; Rapture Restaurant and Night Club; Alakazam Toys and Gifts; Alight Fund LLC; Angelo Jewelry; Hays + Ewing Design Studio, PC; Wolf Ackerman Design, LLC; Williams Pentagram Corporation; Belmont-Carlton Neighborhood Association; Little High Neighborhood Association; and Woolen Mills Neighborhood Association respectfully move this Court to remand this action to the Charlottesville Circuit Court and to award attorneys' fees pursuant 28 U.S.C. § 1447(c). This motion is supported by the contemporaneously filed Memorandum of Law in Support of Plaintiffs' Motion to Remand and for Attorneys' Fees and the Declaration of Kyle McNew.

Respectfully submitted,

/s/
Kyle McNew, Esq. (VSB #73210)
R. Lee Livingston, Esq. (VSB #35747)
MICHIEHAMLETT PLLC
500 Court Square, Suite 300
Charlottesville, VA 22902
Tel: (434) 951-7200
Fax: (434) 951-7254
kmcnew@michiehamlett.com
llivingston@michiehamlett.com
*Counsel for Plaintiffs*

Mary B. McCord*
Joshua A. Geltzer*
Amy L. Marshak*
Daniel B. Rice*
Robert Friedman*
Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
Tel: (202) 662-9042

2

*Counsel for Plaintiffs*[1]

S. CRAIG BROWN (VSB #19286)
City Attorney
P.O. Box 911
605 East Main Street
Charlottesville, VA 22902
Tel: (434) 970-3131
*Counsel for the City of Charlottesville*

---

[1] Counsel affiliated with Georgetown University Law Center were admitted *pro hac vice* to the Circuit Court for the City of Charlottesville prior to the removal of this matter to this Court. They are not admitted to practice before this Court.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2017, I electronically filed Plaintiffs' Motion to Remand using the CM/ECF system, which will send notice of such filing to all counsel of record, including the following:

Elmer Woodard (VSB 27734)
5661 US Hwy 29
Blairs, VA 24527
(434) 878-3422
isuecrooks@comcast.net

                                                     /s/
                                      KYLE MCNEW (VSB #73210)
MichieHamlett PLLC
500 Court Square, Suite 300
Charlottesville, VA 22902
Tel: (434) 951-7200
Fax: (434) 951-7254
kmcnew@michiehamlett.com

4