# Exhibit 1

Affidavit of Service for
Albemarle Personal Assistants
private process servers
P.O. Box 315
Keswick, Virginia 22947
434-962-5100

COMMONWEALTH OF VIRGINIA, AT LARGE

COUNTY OF ALBEMARLE, TO-WIT:

I, Vernon G. Jones (server's name), being eighteen years of age or older and not a party of interest in the subject matter in controversy, hereby certify that I have this __14__ day of __October__, 2017 executed service of a __Summons & Complaint for Injunctive and Declaratory Relief__ (document name) on __Jasson Kessler__ (defendant's name), pursuant to Virginia Code Section 8.01-296. (check method of service)

____ delivering said document (s) to the named defendant personally;

__✓__ being unable to obtain personal service, service of process was obtained by:

____ delivering said document (s) to _____ (name), a family member sixteen years of age or order who resides at named defendant's usual place of abode, with delivery being made at said abode;

__✓__ posting said document (s) on the front door or such other door as appears to be the main entrance of the named defendant's usual place of abode (address on said document); __207 Pineridge Lane, Charlottesville, Va.__

____ delivering said document (s) to the named defendant's registered agent personally; or

____ delivering said document (s) to _____ (name), a person designated by the named defendant's registered agent in a notarized writing (copy attached) as authorized to accept service in his/her stead at his/her registered address.

____ if the said document is a garnishment summons and this option is checked a copy of said summons was mailed to the judgment debtor on the same date service was made on the garnishee/named defendant.

Service was made in the County/City of __Albemarle__, Virginia, by the server named above, a duly qualified private server, for Albemarle Personal Assistants, P.O. Box 315, Keswick, VA 22947.
__Case #540CL17000560-00   Charlottesville Cir. Ct.__

I, the undersigned, do hereby swear (or affirm) that the information supplied herein is true and complete, to the best of my knowledge and belief. __Vernon G. Jones__
Signature

Acknowledged and sworn to before me this __16th__ day of __October__, 2017

My commission expires: __11/30/2018__, __Vicki W. Edwards__

Served for __R. Lee Livingston__
(Attorney's Name)

Signature of Notary

VICKI A. EDWARDS
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #101155
My Commission Expires November 30, 2018