# Exhibit 2

# AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF VIRGINIA
IN AND FOR THE COUNTY OF CHARLOTTE (CITY)

Case Number: 540CL17000560-00

Plaintiff:
CITY OF CHARLOTTESVILLE;CHAMPION BREWING CO., LLC;ESCAFE;MAS TAPAS;MAYA RESTAURANT;QUALITY PIE;RAPTURE RESTAURANT AND NIGHT CLUB;ALAKAZAM TOYS AND GIFTS;ALIGHT FUND LLC;ANGELO JEWELRY;HAYS+EWING DESIGN STUDIO,PC;WOLFACKERMAN DESIGN, LLC; WILLIAMS PENTAGRAM CORPORATION;BELMONT-CARLTON NEIGHBORHOOD ASSOCIATION;LITTLE HIGH NEIGHBORHOOD ASSOCIATION; AND WOOLEN MILLS NEIGHBORHOOD ASSOCIATION

Service Documents:
SUMMONS, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT VANGUARD AMERICA

vs.

Defendant:
PENNSYLVANIA LIGHT FOOT MILITIA;NEW YORK LIGHT FOOT MILITIA;VIRGINIA MINUTEMEN MILITIA;AMERICAN FREEDOM KEEPERS,LLC;AMERICAN WARRIOR REVOLUTION;REDNECK REVOLT;SOCIALIST RIFLE ASSOCIATION;TRADITIONALIST WORKER PARTY;VANGUARD AMERICA;LEAGUE OF THE SOUTH, INC;NATIONAL SOCIALIST MOVEMENT;JASON KESSLER;ELLIOT KLINE;CHRISTIAN YINGLING;GEORGE CURBELO;FRANCIS MARION;ACE BAKER;MATTHEW HEIMBACH;CESAR HESS;SPENCER BORUM;MICHAEL TUBBS; AND JEFF SCHOEP

For:
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 NEW JERSEY AVE, NW
WASHINGTON, DC 20001

Received by Kentucky Process Service Inc. to be served on **VANGUARD AMERICA, 383 HAZZARD ST, SCOTTSBURG, IN 47170**.

I, JEFF KELLY, being duly sworn, depose and say that on the **19th day of October, 2017** at **5:11 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT VANGUARD AMERICA**

## AFFIDAVIT OF SERVICE For 540CL17000560-00

to: **DILLON HOPPER** as **REGISTERED AGENT** for **VANGUARD AMERICA**, at the address of: **383 HAZZARD ST, SCOTTSBURG, IN 47170**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'10, Weight: 185, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ___ day of October, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ROBIN L. KELLY
Notary Public
Clark County, State of Indiana
Commission Expires May 24, 2024

_____
JEFF KELLY
Process Server

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2017002171

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2h