# Exhibit 3

VIRGINIA:     IN THE CHARLOTTESVILLE CIRCUIT COURT

CITY OF CHARLOTTESVILLE
        Plaintiff                                              Case No. 17-560

vs

PENNSYLVANIA LIGHT FOOT MILITIA, et al
        Defendant

### AFFIDAVIT OF SERVICE

STATE OF VIRGINIA
COUNTY OF LOUDOUN, to wit:

This day Shirley Moore personally appeared before the undersigned Notary Public in and for the County

and State aforesaid, and, having been first duly sworn according to law, states as follows: that she is not a party to,

or otherwise interested in, the subject matter in controversy in the within cause, that she is over the age of 18 years;

that on the 19th day of October, 2017 at 2003 hours, she personally served Eugene Wells, accepting for Virginia

Minutemen Militia at 42311 Demory Terr., Leesburg, VA with summons; complaint for injunctive and declaratory

relief; plaintiff City of Charlottesville's first interrogatories and requests for production to defendant Virginia

Minutemen Militia.

                                                            _Shirley Moore_
                                                            Shirley Moore
                                                            PO Box 3184
                                                            Oakton, VA 22124
                                                            703-327-5418

Subscribed and sworn to before me in my county and state aforesaid, this 20th day of Oct , 2017.

                                                            _John E. Nenna_
                                                            Notary public

JOHN E. NENNA
NOTARY PUBLIC
REGISTRATION # 152502
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2020