# Exhibit 4

# AFFIDAVIT OF SERVICE

**State of Virginia**         County of _____         **Circuit Court**

Case Number: 540CL17000560-00

Plaintiff:
**City of Charlottesville; Champion Brewing Co., LLC; Escafe; ET AL**
vs.
Defendant:
**Pennsylvania Light Foot Militia; New York Light Foot Militia; ET AL**

For: Georgetown University Law Center

Received by MYERS ATTORNEY'S SERVICE to be served on **American Warrior Revolution by serving United States Corporation Agents, Inc, 260 Shippingway Blvd., Suite A & B, West Memphis, AR 72301**. I, _JEFF KARLSON_, being duly sworn, depose and say that on the _19TH_ day of _OCTOBER_, 20_17_ at _2:18_ P.m., executed service by delivering a true copy of the **SUMMONS, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, TABLE OF CONTENTS, PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT AMERICAN WARRIOR REVOLUTION, PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES, PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS, CERTIFICATE OF SERVICE,** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving _NICOLE BRIGMAN_ as _SUPERVISOR_.

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:
Service Was Completed At:
(✓) ADDRESS ABOVE
( ) OTHER ADDRESS: _____

**COMMENTS:** _NICOLE BRIGMAN STATED SHE IS AUTHORIZED TO ACCEPT SERVICE AND IS THE PERSON WITH HIGHEST AUTHORITY AT THIS ADDRESS._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on _10-19-17_ by the affiant who is personally known to me.

_[Signature]_
NOTARY PUBLIC

[Notary Seal: CALEB F. MITCHELL, COMM. EXP. 9-28-2026, No. 12699103, PULASKI COUNTY, NOTARY PUBLIC - ARKANSAS]

_[Signature]_
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2017010182

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f