# Exhibit 5

Affidavit of Service for
Kearney & Kearney Specialized Services
6345 Woodlawn Road
Verona, Pennsylvania 15147
(412) 793-6302

I, _Kenneth Kearney_, being eighteen years of age or older and not a party of interest in the subject matter in controversy, hereby certify that I have this _19_ day of _October_, 2017 executed service of a summons, complaint, and Plaintiff City of Charlottesville's First Interrogatories and Requests for Production to Defendant Christian Yingling by personal service on Christian Yingling at

_3 PA-982 Latrobe Pa 15650_ (address).

Service was made in the County/City of _Latrobe_, Pennsylvania, by the server named above, a duly qualified private server, for Kearney & Kearney Specialized Services, 6345 Woodlawn Road, Verona, Pennsylvania 15147.

Case # 540CL17000560-00, Charlottesville Circuit Court

I, the undersigned, do hereby swear (or affirm) that the information supplied herein is true and complete, to the best of my knowledge and belief.

_Kenneth Kearney_
Signature

Acknowledged and sworn to before me this _20th_ day of _October_, _2017_.

My commission expires: _12 July 2020_, _Dana M Pcolar_
Signature of Notary
Reg. #: _1270686_

Served for R. Lee Livingston
(Attorney's Name)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES