# Exhibit 8

Affidavit of Service for
Kearney & Kearney Specialized Services
6345 Woodlawn Road
Verona, Pennsylvania 15147
(412) 793-6302

I, Kenneth Kearney, being eighteen years of age or older and not a party of interest in the subject matter in controversy, hereby certify that I have this 19 day of October, 2017 executed service of a summons, complaint, and Plaintiff City of Charlottesville's First Interrogatories and Requests for Production to Defendant Pennsylvania Light Foot Militia on Pennsylvania Light Foot Militia by personal service on Christian Yingling at 3 PA-982 Latrobe Pa 15650 (address).

Service was made in the County/City of Latrobe, Pennsylvania, by the server named above, a duly qualified private server, for Kearney & Kearney Specialized Services, 6345 Woodlawn Road, Verona, Pennsylvania 15147.

Case # 540CL17000560-00, Charlottesville Circuit Court

I, the undersigned, do hereby swear (or affirm) that the information supplied herein is true and complete, to the best of my knowledge and belief.

_Kenneth Kearney_
Signature

Acknowledged and sworn to before me this 20th day of October, 2017.

My commission expires: 12 July 2020, _Dana M. Pcolar_
Signature of Notary
Reg. #: 1270686

Served for R. Lee Livingston
(Attorney's Name)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES