# Exhibit 9

# AFFIDAVIT OF SERVICE

State of Virginia     County of CHARLOTTESVILLE     Circuit Court

Case Number: 540CL17000560-00

Plaintiff:
**CITY OF CHARLOTTESVILLE, ET AL**

vs.

Defendant:
**PENNSYLVANIA LIGHT FOOT MILITIA, ET AL**


SHA2017004761

For:
LEE R LIVINGSTON
500 COURT SQ #300
CHARLOTTESVILLE, VA 22902

Received by 24 Hour Process Servers on the 19th day of October, 2017 at 11:20 am to be served on **MICHAEL TUBBS, 524 COLE RD W APT 1, JACKSONVILLE, FL 32218**.

I, JAMES HENDON, being duly sworn, depose and say that on the **19th day of October, 2017** at **5:55 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION** with the date and hour of service endorsed thereon by me, to: **MICHAEL TUBBS** at the address of: **524 COLE RD W APT 1, JACKSONVILLE, FL 32218**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 6'0, Weight: 200, Hair: GREY, Glasses: N

I certify I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the Judicial Circuit in which the process was served and/or am otherwise duly authorized to have served process in the jurisdiciton where process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. Description of whom was served is soley based upon the opinion of the person making the declaration. NO NOTARY REQUIRED PURSUANT TO FS 92.525(2).

Subscribed and Sworn to before me on the 22nd day of October, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC
CELESTE SHARP
Notary Public - State of Florida
My Comm. Expires Dec 5, 2018
Commission # FF 148744

JAMES HENDON
SPECIAL PROCESS SERVER #409

24 Hour Process Servers
PO Box 1936
Orange Park, FL 32067
(904) 541-4655

Our Job Serial Number: SHA-2017004761

Copyright © 1992-2017 Database Services, Inc - Process Server's Toolbox V7.2e