# AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF VIRGINIA
IN AND FOR THE COUNTY OF CHARLOTTE (CITY)

Case Number: 540CL17000560-00

Plaintiff:
CITY OF CHARLOTTESVILLE;CHAMPION BREWING CO., LLC;ESCAFE;MAS TAPAS;MAYA RESTAURANT;QUALITY PIE;RAPTURE RESTAURANT AND NIGHT CLUB;ALAKAZAM TOYS AND GIFTS;ALIGHT FUND LLC;ANGELO JEWELRY;HAYS+EWING DESIGN STUDIO,PC;WOLFACKERMAN DESIGN, LLC; WILLIAMS PENTAGRAM CORPORATION;BELMONT-CARLTON NEIGHBORHOOD ASSOCIATION;LITTLE HIGH NEIGHBORHOOD ASSOCIATION; AND WOOLEN MILLS NEIGHBORHOOD ASSOCIATION

Service Documents:
SUMMONS, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT VANGUARD AMERICA

vs.

Defendant:
PENNSYLVANIA LIGHT FOOT MILITIA;NEW YORK LIGHT FOOT MILITIA;VIRGINIA MINUTEMEN MILITIA;AMERICAN FREEDOM KEEPERS,LLC;AMERICAN WARRIOR REVOLUTION;REDNECK REVOLT;SOCIALIST RIFLE ASSOCIATION;TRADITIONALIST WORKER PARTY;VANGUARD AMERICA;LEAGUE OF THE SOUTH, INC;NATIONAL SOCIALIST MOVEMENT;JASON KESSLER;ELLIOT KLINE;CHRISTIAN YINGLING;GEORGE CURBELO;FRANCIS MARION;ACE BAKER;MATTHEW HEIMBACH;CESAR HESS;SPENCER BORUM;MICHAEL TUBBS; AND JEFF SCHOEP

For:
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 NEW JERSEY AVE, NW
WASHINGTON, DC 20001

Received by Kentucky Process Service Inc. to be served on **VANGUARD AMERICA, 383 HAZZARD ST, SCOTTSBURG, IN 47170**.

I, JEFF KELLY, being duly sworn, depose and say that on the **19th day of October, 2017** at **5:11 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT VANGUARD AMERICA**

## AFFIDAVIT OF SERVICE For 540CL17000560-00

to: **DILLON HOPPER** as **REGISTERED AGENT** for **VANGUARD AMERICA**, at the address of: **383 HAZZARD ST, SCOTTSBURG, IN 47170**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'10, Weight: 185, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of October, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**ROBIN L. KELLY**
Notary Public
Clark County, State of Indiana
Commission Expires May 24, 2024

_____
**JEFF KELLY**
Process Server

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2017002171

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2h