

# Albemarle Personal Assistants, LLC

Vernon G. Jones, Manager
P.O. Box 315
Keswick, Virginia 22947      434-962-5100 Mobile

INVOICE #359

**Customer Name:** Michie Hamlett Lowry Rasmussen & Tweel
**Address:** 500 Court Square, Charlottesville, VA
Molly   R. Lee Livingston
**Date:** Oct. 14, 2017

| Date | Qty | Description | Miles | Total |
|---|---|---|---|---|
| 10-12-17 | 1 | attempt serve Jason Kessler at 1013B Altavista Ave., Charlottesville, Va. | | |
| 10-13-17 | 3 | attempt serve Jason Kessler at 207 Pineridge Lane, Charlottesville, Va. | | |
| 10-14-17 | 1 | serve Summons and Complaint on Jason Kessler by posting at 207 Pineridge Lane, Charlottesville, Va. | | |
| | | City of Charlottesville v. Pennsylvania Light Foot Militia | | |

Please make your check payable to Albemarle Personal Assistants.
Thank you for your business!

**Amount Due:** $185.00

Affidavit of Service for
Albemarle Personal Assistants
private process servers
P.O. Box 315
Keswick, Virginia 22947
434-962-5100

COMMONWEALTH OF VIRGINIA, AT LARGE

COUNTY OF <u>ALBEMARLE</u>, TO-WIT:

I, <u>Vernon G. Jones</u> (server's name), being eighteen years of age or older and not a party of interest in the subject matter in controversy, hereby certify that I have this <u>14</u> day of <u>October</u>, 20<u>17</u> executed service of a <u>Summons & Complaint for Injunctive and Declaratory Relief</u> (document name) on <u>Jasson Kessler</u> (defendant's name), pursuant to Virginia Code Section 8.01-296. (check method of service)

___ delivering said document(s) to the named defendant personally;

✓ being unable to obtain personal service, service of process was obtained by:

___ delivering said document(s) to _____ (name), a family member sixteen years of age or order who resides at named defendant's usual place of abode, with delivery being made at said abode;

✓ posting said document(s) on the front door or such other door as appears to be the main entrance of the named defendant's usual place of abode (address on said document); <u>207 Pineridge Lane, Charlottesville, Va.</u>

___ delivering said document(s) to the named defendant's registered agent personally; or

___ delivering said document(s) to _____ (name), a person designated by the named defendant's registered agent in a notarized writing (copy attached) as authorized to accept service in his/her stead at his/her registered address.

___ if the said document is a garnishment summons and this option is checked a copy of said summons was mailed to the judgment debtor on the same date service was made on the garnishee/named defendant.

Service was made in the County/~~City~~ of <u>Albemarle</u>, Virginia, by the server named above, a duly qualified private server, for Albemarle Personal Assistants, P.O. Box 315, Keswick, VA 22947.
<u>Case #540CL17000560-00  Charlottesville Cir. Ct.</u>

I, the undersigned, do hereby swear (or affirm) that the information supplied herein is true and complete, to the best of my knowledge and belief. _Vernon G. Jones_
Signature

Acknowledged and sworn to before me this <u>14th</u> day of <u>October</u>, 20<u>17</u>

My commission expires: <u>11/30/2018</u>, _Vicki W. Edwards_
Signature of Notary

Served for <u>R. Lee Livingston</u>
(Attorney's Name)

VICKI A. EDWARDS
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #101155
My Commission Expires November 30, 2018