COMMONWEALTH OF VIRGINIA
CIRCUIT COURT: CITY OF CHARLOTTESVILLE
-----------------------------------------------------------------X
CITY OF CHARLOTTESVILLE,
ET AL,

                            Plaintiffs

**AFFIDAVIT OF SERVICE**
Case # CL17-560

- against -

PENNSYLVANIA LIGHT FOOT MILITIA,
ET AL,

                            Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK      )
                            ) SS:
COUNTY OF DELAWARE )

        RICHARD A. CECCE, being duly sworn, deposes and says:

1. I am over the age of 18 years old, am not a party to the above-captioned matter, and I reside in Delhi, NY 13753.

2. On 10/19/17 at 8:30 pm, at 21 Prospect St. Stamford, NY 12167, I served the attached COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF and INTERROGATORIES on NEW YORK LIGHT FOOT MILITIA, the defendant named therein.

( X )    A domestic corporation, defendant therein named, by delivering to and leaving with GEORGE CURBELO, State Commander of said corporation a true copy thereof, deponent further knew the said individual to be authorized to accept on behalf of the corporation.

( X )    Person Served appeared as follows: sex - MALE; color - WHITE; hair – GRAY/BALD; approx. height – 5'10"; approx. weight - 175; approx. age - 57.

( X )    I asked the person spoken to whether the defendant is in the military service of this state, any other state, or the United States of America, in any capacity whatever, and the person answered in the negative.

                                                                        Richard A. Cecce

Sworn to before me this
20th Day of October, 2017.

NOTARY PUBLIC
**SARA CECCE**
**Notary Public of the State of New York**
**No. 01CE6330110**
**Qualified in Delaware County**
**My Commission Expires September 8th, 2019**