Affidavit of Service for
Kearney & Kearney Specialized Services
6345 Woodlawn Road
Verona, Pennsylvania 15147
(412) 793-6302

I, Kenneth Kearney, being eighteen years of age or older and not a party of interest in the subject matter in controversy, hereby certify that I have this __19__ day of __October__, 2017 executed service of a summons, complaint, and Plaintiff City of Charlottesville's First Interrogatories and Requests for Production to Defendant Pennsylvania Light Foot Militia on Pennsylvania Light Foot Militia by personal service on Christian Yingling at

__3 PA-982 Latrobe Pa 15650__ (address).

Service was made in the County/City of __Latrobe__, Pennsylvania, by the server named above, a duly qualified private server, for Kearney & Kearney Specialized Services, 6345 Woodlawn Road, Verona, Pennsylvania 15147.

Case # 540CL17000560-00, Charlottesville Circuit Court

I, the undersigned, do hereby swear (or affirm) that the information supplied herein is true and complete, to the best of my knowledge and belief.

_Kenneth Kearney_
Signature

Acknowledged and sworn to before me this __20th__ day of __October__, __2017__.

My commission expires: __12 July 2020__, _Dana M. Pcolar_
Signature of Notary

Reg. #: __1270686__

Served for __R. Lee Livingston__
(Attorney's Name)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES