COMMONWEALTH OF VIRGINIA
## IN THE CIRCUIT COURT FOR CHARLOTTSVILLE

CITY OF CHARLOTTESVILLE; CHAMPION
BREWING CO., LLC; ESCAFE; MAS TAPAS, *et al,*

Case No.: **540CL 17000560-00**

v.

PENNSYLVANIA LIGHT FOOT MILITIA; NEW YORK
LIGHT FOOR MILITIA VIRGINIA MINUTEMEN MILITIA, *et al,*

### AFFIDAVIT OF SERVICE
DEFENDANT: National Socialist Movement

Being duly sworn on my oath, I GINA SHARBOWSKI declare that I am a citizen of the United States, over the age of eighteen, authorized to serve process in this jurisdiction, and not a party to or interested in the proceedings of this action. I received this process on 10-19-17, and that I personally served the following:  SUMMONS;  COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF;  PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT NATIONAL SOCIALIST MOVEMENT;  in regards to the above case, upon:

## NATIIONAL SOCIALIST MOVEMENT

as follows:
CORPORATE/ORGANIZATION SERVICE:  by serving:  JEFF SCHOEP, Auth Agent, *personally, by identifying him, and handing him the papers*

Sex:  M   Age: 35-45   Race:  W/brn hair/bald

at:
*Complete Address of Service*
RESIDENTIAL Address:

**22803 Rausche Ave**

**Eastpointe, Michigan 48021**          .
MACOMB County, Michigan

*Day, Date, Time of service*

**Fri.**   OCT 2 0 2017   **@ 7:46pm**

I declare under the penalties of perjury that the information contained in this Affidavit of Service is true and correct.

*signature*

**Gina Sharbowski**
Process Server

42309 Bobjean Street, Ste 1500
Sterling Heights, MI 48314

*Subscribed and Sworn to before me on*  OCT 2 6 2017          .

*signature*

DANIELLE VERGONA
Notary Public - Michigan
Livingston County
My Commission Expires Jan 27, 2020
Acting in the County of  Wayne