COMMONWEALTH OF VIRGINIA
# IN THE CIRCUIT COURT FOR CHARLOTTSVILLE

CITY OF CHARLOTTESVILLE; CHAMPION
BREWING CO., LLC; ESCAFE; MAS TAPAS, *et al,*

Case No.: **CL 17-560**

v.

PENNSYLVANIA LIGHT FOOT MILITIA; NEW YORK
LIGHT FOOR MILITIA VIRGINIA MINUTEMEN MILITIA, *et al,*

## AFFIDAVIT OF SERVICE
DEFENDANT: Jeff Schoep

Being duly sworn on my oath, I GINA SHARBOWSKI declare that I am a citizen of the United States, over the age of eighteen, authorized to serve process in this jurisdiction, and not a party to or interested in the proceedings of this action. I received this process on 10-19-17, and that I personally served the following: SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; PLAINTIFF CITY OF CHARLOTTESVILLE'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT JEFF SCHOEP; in regards to the above case, upon:

**JEFF SCHOEP**

as follows:
PERSONAL SERVICE: by serving: JEFF SCHOEP, *personally,*
*by identifying him, and handing him the papers*

Sex: M   Age: 35-45   Race: W/brn hair/bald

at:
*Complete Address of Service*
RESIDENTIAL Address:

**22803 Rausche Ave**

**Eastpointe, Michigan 48021**   .
MACOMB County, Michigan

*Day, Date, Time of service*

Fri.   **OCT 20 2017**   @ 7:45pm

I declare under the penalties of perjury that the information contained in this Affidavit of Service is true and correct.

_____
Gina Sharbowski
Process Server

42309 Bobjean Street, Ste 1500
Sterling Heights, MI 48314

Subscribed and Sworn to before me on **OCT 26 2017** .

_____

DANIELLE VERGONA
Notary Public - Michigan
Livingston County
My Commission Expires Jan 27, 2020
Acting in the County of Wayne

Case 3:17-cv-00078-GEC   Document 18   Filed 11/06/17   Page 1 of 1   Pageid#: 154