# COMMONWEALTH OF VIRGINIA
## CHARLOTTESVILLE CIRCUIT COURT
### CIVIL DIVISION

**CITY OF CHARLOTTESVILLE,** *et al.*,
    Plaintiffs.

V.

Case No. 540CL17000560-00

**PENNSYLVANIA LIGHTFOOT MILITIA,** *et al.*,
    Defendants.

## AFFIDAVIT OF SERVICE

Received from **Institute for Constitutional Advocacy and Protection Georgetown University Law Center 600 New Jersey Avenue NW Washington DC 20001** on the **19th day of October 2017**, to be served on **Joshua Ray Shoaff, aka Ace Baker, 833 Cox Hollow Road Dover TN 37058**. I, **Ernie Rice**, being duly sworn, depose and say that on the **23rd day of October 2017**, at **11:00 am** executed service by delivering a true copy of the

**Summons, Complaint for Injunctive and Declaratory Relief, Plaintiff City of Charlottesville's First Interrogatories and Requests for Production**

in accordance with state statutes in the manner marked below:

(x) INDIVIDUAL SERVICE: Served the with-in named person **at 833 Cox Hollow Rd Dover TN 37058**

( ) SUBSTITUTE SERVICE: By serving

( ) POSTED SERVICE: With copy sent by certified mail.

( ) CORPORATE SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) OTHER: See Comments below.

Comments: WM 33 years 5'8" 180 lbs brown hair

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 23 day of October, 2017

_____
Notary Public
Commission Expires:

[SEAL: JANET RICE, STATE OF TENNESSEE NOTARY PUBLIC, MONTGOMERY COUNTY]

_____
PROCESS SERVER - Ernie Rice

My Commission Expires
September 13, 2021