# AFFIDAVIT OF SERVICE

**State of Virginia**    **County of Charlottesville**    **Circuit Court**

Case Number: 540CL17000560-00

Plaintiff:
**City of Charlottesville; et al.**

vs.

Defendant:
**Pennsylvania Light Foot Militia; et al.**

For:
Jonathan Jong
Institute for Constitutional Advocacy and Protection
600 New Jersey Ave Nw
Washington, DC  20001

Received by Louisville Metro Process Services on the 20th day of October, 2017 at 10:29 am to be served on **Spencer Borum, 1335 Townhill Rd, Taylorsville, KY 40071**.

I, Thomas Pablo, being duly sworn, depose and say that on the **23rd day of October, 2017** at **5:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint for Injunctive and Declaratory Relief.** with the date and hour of service endorsed thereon by me, to: **Spencer Borum** at the address of: **1335 Townhill Rd, Taylorsville, KY 40071**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: White,  Height: 6'0,  Weight: 180,  Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of October, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

**Thomas Pablo**
Process Server

**Louisville Metro Process Services**
9513 Dixie Hwy.
Louisville, KY 40272
(502) 489-4533

Our Job Serial Number: LOM-2017000304

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n