# Affidavit of Service

## Charlottesville Circuit Court- Virginia
## Case Number: 540CL17000560-00

### City of Charlottesville etal v. Pennsylvania Light Foot Militia etal

I, **Joseph Valentine**, being duly sworn according to law, deposes and says the following:

I am the process server below named and a competent adult. I served and made known to **Elliott Kline** on the **27th** day of **October, 2017** at **1:20pm** at **117 Mesa Dr., Apt. B, Reading, PA 19608** with a **Summons, Complaint, Interrogatories & Request for Production** in the manner described below:

____ PERSONAL SERVICE: Served the within-named person

_X_ SUBSTITUTE SERVICE: By serving **Bruce Kline** as **Father** who resides with subject at above listed address

____ CORPORATE SERVICE: By serving _____ as _____ who is authorized to accept service on behalf of the Corporation/Entity/Agency being served

____ POSTED SERVICE: By posting copies in a conspicuous manner to the front door of the property/entity/person being served

____ NON SERVICE: For the reason detailed in the comments below:

COMMENTS: _____

DESCRIPTION:

Sex: **M**   Race: **White**   Age: **55**   Weight: **190lbs**   Height: **5'10"**   Hair: **Brown**

I certify that I have no interest in the above action, am of legal age, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Date: **10/31/17**

Joseph Valentine
Seagull Legal Services, Inc.
P.O. Box 1706
Southampton, PA 18966

Sworn to and subscribed before me on this
31st day of October, 2017

Notary Public

*[Notary seal: COMMONWEALTH OF PENNSYLVANIA, NOTARIAL SEAL, STEPHANIE HOPE SEGAL, Notary Public, Upper Southampton Twp, Bucks County, My Commission Expires Apr 11, 2020]*