UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CITY OF CHARLOTTESVILLE, et al.,

    Plaintiffs,

v.

PENNSYLVANIA LIGHT FOOT MILTIA, et al.,

    Defendants.

Case No. 3:17-CV-00078
Judge Glen E. Conrad

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Stay Briefing of Defendant Jason Kessler's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs will have fourteen days from the date of any Order denying their Motion to Remand to State Court to file a Brief in Opposition to Defendant Jason Kessler's Motion to Dismiss.

Date: _____, 2017

_____
UNITED STATES DISTRICT JUDGE