UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CITY OF CHARLOTTESVILLE, et al.,

    Plaintiffs,

v.

PENNSYLVANIA LIGHT FOOT MILITIA, et al.,

    Defendants.

Case No. 3:17-CV-00078
Judge Glen E. Conrad

## [PROPOSED] ORDER

Upon review and consideration of Plaintiffs' motion for *pro hac vice* admission of Robert Friedman, and it appearing that Mr. Friedman is licensed to practice law and is member in good standing of the Bar of the State of New York and the Bar of the District of Columbia, and thus qualified to appear for and on behalf of the Plaintiffs in this Action,

IT IS HEREBY ORDERED that attorney Robert Friedman of the Institute for Constitutional Advocacy and Protection shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Entered this _____ day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE