IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CITY OF CHARLOTTESVILLE ET AL.        Case No. **3:17-CV-00078**

    Plaintiff        Judge **CONRAD**

   -v-

PENNSYLVANIA LIGHTFOOT MILITIA ET AL.

    Defendants

___

**UNOPPOSED MOTION
FOR ENLARGMENT OF TIME RESPOND TO THE PLAINTIFFS COMPLAINT**
___

    Defendant Vanguard America respectfully moves the Court to extend the time it has to respond to the Plaintiff's Complaint until November 30, 2017. Due to the press of other business, defendant would have difficulty filing a professional response without the requested extension. The parties have conferred, and Plaintiffs do not oppose this motion.

    Respectfully Submitted,

s/ Elmer Woodard
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net

1

*Trial Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via electronic mail on November 13, 2017 upon:

R. Lee Livingston
Kyle McNew
Michie Hamlett PLLC
kmcnew@michiehamlett.com
llivingston@michiehamlett.com

S. Craig Brown
City Attorney
brownc@charlottesville.org

                                                s/ Elmer Woodard
                                                _____
                                                E. Woodard (VSB 27734)