IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CITY OF CHARLOTTESVILLE ET AL.   Case No. **3:17-CV-00078**

    Plaintiff   Judge **CONRAD**

-v-

PENNSYLVANIA LIGHTFOOT MILITIA ET AL.

    Defendants

___

**PROPOSED ORDER**
___

Upon consideration of defendant Vanguard America's Unopposed Motion for Enlargement of Time, it is hereby Ordered that the motion is Granted. Defendant Vanguard America will respond to the Plaintiff's Complaint on or before November 30, 2017.

Date: _____ , 2017   _____
    United States District Judge